UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARREN HEYWARD,

   Plaintiff,

-vs-                                                  CASE NO.:  8:17-CV-1640-T-33AAS

DRIVETIME AUTOMOTIVE GROUP, INC.,
d/b/a DRIVETIME CAR SALES COMPANY,
LLC., and BRIDGECREST CREDIT
COMPANY, LLC,

   Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

     Plaintiff, DARREN HEYWARD, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, DARREN HEYWARD, and Defendants, DRIVETIME AUTOMOTIVE GROUP, INC., d/b/a DRIVETIME CAR SALES COMPANY, LLC., and BRIDGECREST CREDIT COMPANY, LLC, have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing document has been furnished via E-Mail on this 14th day of December, 2017 to all parties of record.

                                               /s/ Shaughn C. Hill, Esquire
                                               Shaughn C. Hill, Esquire
                                               Morgan & Morgan, Tampa,  P.A.
                                               One Tampa City Center

>Tampa, FL 33602
>Tele:  (813) 223-5505
>Fax:  (813) 223-5402
>shill@forthepeople.com
>Florida Bar #: 0105998
>Attorney for Plaintiff