UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DARREN HEYWARD,

   Plaintiff,

-vs-                                                          CASE NO.:  8:17-CV-1640-VMC-AAS

DRIVETIME AUTOMOTIVE  GROUP, INC.,
d/b/a DRIVETIME CAR SALES COMPANY,
LLC, and BRIDGECREST CREDIT
COMPANY, LLC,

   Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Darren Heyward, and the Defendants, Drivetime Car Sales Company, LLC and Bridgecrest Credit Company, LLC, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendants in the above styled action, with Plaintiff and Defendants to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 21st day of March, 2018.

| | |
|---|---|
| */s/ Shaughn C. Hill, Esq.* | */s/ Robert E. Sickles, Esq.* |
| Shaughn C. Hill, | Robert E. Sickles, Esq. |
| Florida Bar No.:  0105998 | Florida Bar No.: 167444 |
| Morgan & Morgan, Tampa,  P.A. | risckles@broadandcassel.com |
| One Tampa City Center | John P. Gaset, Esq. |
| Tampa, FL 33602 | Florida Bar No.:  98415 |
| Tele: (813) 223-5505 | jgaset@broadandcassel.com |
| Fax: (813) 223-5402 | Broad and Cassel |
| shill@forthepeople.com | 100 North Tampa Street, Suite 3500 |

Attorney for Plaintiff

Tampa, FL 33602
Tele: (813) 225-3070
Fax: (813) 225-3039
Attorney for Defendants